UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF WAUGH, et al.,

        Plaintiff(s),                          No. C 11-5602 PJH

    v.                                      **ORDER TO SHOW CAUSE**

SCOTT HARRINGTON, et al.,

        Defendant(s).

_____/

        Plaintiffs filed the complaint in this matter on November 18, 2011 against eight individual defendants, the County of Marin and the Marin County Sheriff's Office. On the same day a scheduling order scheduled the initial case management conference for February 28, 2012 before Magistrate Judge Laporte. Pursuant to plaintiff's request the matter was reassigned to the undersigned district judge on February 6, 2012 and by order entered on February 16, 2012, the case management conference was continued to March 8, 2012.

        Plaintiffs did not file a case management statement as ordered, nor did they appear at the case management conference as ordered. Moreover, the docket does not reflect that a summons was issued for any defendant or that any defendant has been served with the complaint and summons. A "proof of service" was filed by plaintiffs that does not specify what, if any, documents were served by Sidney Austin on "District Attorney Rm 113 and Sherif [sic] Rm [not stated], 3501 Civic Center Dr San Rafael, CA."

        Accordingly, plaintiffs Jeff Waugh, Lyra Waugh and Eric Stahl are hereby ordered to show cause ("OSC")  why the case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41 or for failure to serve pursuant to Fed. R. Civ. P. 4. A

hearing on the OSC will be held on March 22, 2012, at 2:00 p.m. If plaintiffs fail to appear or to show cause, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: March 9, 2012

PHYLLIS J. HAMILTON
United States District Judge