UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF WAUGH, et al.,

    Plaintiff(s),                            No. C 11-5602 PJH

    v.                                         **ORDER TO SHOW CAUSE**

SCOTT HARRINGTON, et al.,

    Defendant(s).

_____/

        This matter was before the court for hearing on defendant Denner's motion to dismiss the first amended complaint on May 30, 2012. The motion was granted as explained at the hearing and summarized in an order filed on June 5, 2012. The four causes of action asserted against Denner were dismissed, two of them with leave to amend, and the court sua sponte dismissed all claims against the non-moving defendants and ordered that plaintiff provide a more definite statement of his claims against them by filing an amended complaint. Specific instructions on how to amend were provided in the June 5, 2012 order and a deadline of June 27, 2012 was set. The deadline has passed and plaintiff has not filed the second amended complaint as ordered.

        Accordingly, the court hereby ORDERS PLAINTIFFS TO SHOW CAUSE why the complaint should not be dismissed with prejudice for failing to comply with the court's order and otherwise prosecute this matter. A hearing on the ORDER TO SHOW CAUSE will be held on July 25, 2012 at 9:00 a.m. All plaintiffs are required to appear. If plaintiffs fail to appear, the matter will be dismissed. The ORDER TO SHOW CAUSE will be discharged, however, and the hearing vacated if plaintiffs file a second amended complaint in

accordance with the June 5, 2012 order by July 24, 2012.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

2