1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7  JEFF WAUGH, et al.,
8
            Plaintiff(s),                  No. C 11-5602 PJH
9
       v.                                  **JUDGMENT**
10
   SCOTT HARRINGTON, et al.,
11
            Defendant(s).
12  _____/
13     The court having dismissed this action for plaintiffs' failure to prosecute,
14     it is Ordered and Adjudged
15     that the complaint is dismissed with prejudice.
16     IT IS SO ORDERED.
17  Dated: July 30, 2012

                                           _____
                                           PHYLLIS J. HAMILTON
                                           United States District Judge